

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/17/2022

**SUTKOWSKI LAW OFFICE LTD**      Edward F. Sutkowski, Esq.

May 16, 2022

**By Electronic Case Filing**

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United State Courthouse
40 Foley Square
New York, New York 10007

RE: *Local No. 171 Pension Fund v. Biehl Cleaners, Inc. et al;*
1:22-cv-02133-VEC

Dear Judge Caproni:

    This firm represents Defendants, Biehl Cleaners, Inc. ("Biehl"), Stone Brothers LLC ("Stone LLC"), Delbert M. Stone Revocable Trust ("Stone Trust") (collectively "Defendants") with respect to the above referenced matter.

    With a view toward allowing our clients to compile and present financial and related information relative to the settlement of the referenced matter, we request an extension of 30 days to answer or otherwise plead and respond to any otherwise required deadlines. Mr. Adler, counsel for the Plaintiff, has consented to the requested extensions.

    We thank the Court for consideration of this matter.

Respectfully Submitted,

*[signature]*

Edward F. Sutkowski, Esq.

G:\15\07369.000\2022.05.16 EFS letter to Judge Caproni.docx

cc:      Timothy J. Cassidy, Esq.
            Michael S. Adler, Esq.

416 Main Street, Suite 400
Peoria, Illinois 61602-3141
P 309.680.8000 F 309.680.8001
ed@sutlawoffice.com

Application GRANTED.  Defendant's deadline to move, answer, or otherwise respond to the Complaint is adjourned to **Friday, June 23, 2022**.  The discovery deadlines remain in place. *See* Case Management Plan, Dkt. 25.

SO ORDERED.

*[Signature: Valerie Caproni]*

Date: May 17, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE