USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/01/2022

**COHEN WEISS AND SIMON LLP**

**Michael S. Adler, Partner**
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue • New York, NY 10022-4869

**MEMO ENDORSED**

June 1, 2022

By Electronic Case Filing

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Local No. 171 Pension Fund v. Biehl Cleaners, Inc. et al;*
              1:22-cv-02133-VEC

Dear Judge Caproni:

      This firm represents Plaintiff, the Local 171 Pension Fund (the "Plan") in the above-referenced matter. We submit this letter with the consent of defense counsel.

      Pursuant to prior Court Order, the parties have agreed that it makes sense to stay discovery temporarily while settlement discussions and if necessary, an anticipated motion to dismiss is filed. Doing so will cut down on unnecessary costs, especially given that document production (necessary for settlement) has informally already begun.

      We thank the Court for consideration of this matter.

      Respectfully Submitted,

      /s/ Michael S. Adler
      Michael S Adler

cc:    Edward F Sutkowski, Esq. (via ECF)
         Timothy J. Cassidy, Esq. (via ECF)

9762541.1

Application GRANTED.

All discovery in this matter is hereby STAYED. Defendants' deadline to answer, move, or otherwise respond to the complaint remains June 23, 2022. *See* Endorsement, Dkt. 28.

The parties must file a joint report on the status of the settlement discussions on the first of each month, or if the first falls on a weekend or holiday, on the first business day thereafter. The parties' first such report is due no later than **Friday, July 1, 2022**.

If, at any time, both parties want a settlement conference with the assigned Magistrate Judge or if they would like to participate in the Court-annexed mediation program, they may submit a joint letter requesting a referral.

SO ORDERED.

Date: June 1, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE