

**COHEN WEISS AND SIMON LLP**

Michael S. Adler, Partner
Tel:  212.356.0251
Fax:  646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue • New York, NY 10022-4869

August 12, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/12/2022

**MEMO ENDORSED**

By Electronic Case Filing

The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *Local No. 171 Pension Fund v. Biehl Cleaners, Inc. et al*;
              1:22-cv-02133-VEC

Dear Judge Caproni:

    We represent Plaintiffs in the above referenced action, and write with the knowledge of the Defendants.

    We ask that the August 26, 2022 pre-trial conference be adjourned to such other later date as the Court finds appropriate. We do so because the parties are exploring settlement, with responsive pleadings not yet due. As such, it appears that a pre-trial conference is premature.

    We thank the Court for its consideration of this matter.

                      Respectfully Submitted,

                      /s/ Michael S. Adler
                      Michael S Adler

cc:   Edward F Sutkowski, Esq. (via ECF)
       Timothy J. Cassidy, Esq. (via ECF)

9839292.1
9842654.1

---

The pretrial conference in this matter is rescheduled for **Friday, October 7, 2022 at 10 AM**. The parties' pretrial conference submissions, as set out in the Court's Order on May 4, 2022, Dkt. 25, are due no later than **Thursday, September 29, 2022**. In light of the lengthy adjournment, the Court is unlikely to grant additional adjournment requests.

SO ORDERED.

*[signature]* 08/12/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE