UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOCAL NO. 171 PENSION FUND,<br><br>        Plaintiff,<br><br>-against-<br><br>BIEHL CLEANERS, INC, et al.,<br><br>        Defendants. | Case No. 1:22-cv-02133 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

   The Court is in receipt of the parties' joint letter, dated October 7, 2022, filed in response to the Court's September 27, 2022 Reassignment Order.  ECF No. 47.  In light of the fact that the Civil Case Management and Scheduling Order was previously stayed, IT IS HEREBY ORDERED that the parties shall appear for a conference to discuss discovery deadlines on **October 25, 2022**, at 11:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  IT IS FURTHER ORDERED that no later than October 18, 2022, the parties shall submit a proposed Revised Civil Case Management Plan and Scheduling Order, available at https://www.nysd.uscourts.gov/hon-jennifer-l-rochon, in accordance with the Court's Individual Rule 1.F.

Dated: October 11, 2022
     New York, New York

                    SO ORDERED.

                    _____
                    JENNIFER L. ROCHON
                    United States District Judge