

**Michael S. Adler, Partner**
Tel:   212.356.0251
Fax:   646.473.8251
madler@cwsny.com
www.cwsny.com

900 Third Avenue • New York, NY 10022-4869

March 1, 2023

By Electronic Case Filing

The Honorable Jennifer L. Rochon
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Local No. 171 Pension Fund v. Biehl Cleaners, Inc. et al.*
       1:22-cv-02133-JLR

> The parties' request is GRANTED.  The post-discovery conference is adjourned to **May 16, 2023** at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse.  The parties shall file pre-motion letters three weeks before that conference in accordance with the Court's revised Individual Rules, available at: https://www.nysd.uscourts.gov/hon-jennifer-l-rochon.
>
> **SO ORDERED.**
>
> Dated: March 1, 2023
>         New York, New York
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Dear Judge Rochon:

    We represent Plaintiff in the above referenced action.

    We write, with the consent of counsel for Defendants, to respectfully request an extension of time, through April 24, 2023, to file either a pre-motion conference or pre-trial settlement conference letter pursuant to paragraphs 3(H)-(I) of Your Honor's Individual Practice Rules.

    The reason for the request is that with discovery completed, Plaintiff has spent the last couple of months researching complex issues of law relating to the claims in the Complaint and defenses in the Answer.  Simply put, due to its complexity (and an unexpected familial issue involving the passing of my grandmother in early February), this process took a lot longer than originally anticipated.

    The bulk of the research relates to how the law applies to the complex issues of fact, revealed through document production and deposition testimony, that obviously impacts both settlement position and options to proceed if settlement cannot be reached.

    Now that our firm has completed the research, we are using the next week to discuss strategy with the Plaintiff Trustee and will then open what we hope is productive dialogue with Defendants and their counsel.

    As such, to hopefully avoid unnecessary use of Court time and to try and reach settlement between the parties, this request is made.



The Honorable Jennifer L. Rochon
March 1, 2023
Page 2

    We thank the Court for its consideration of this matter.

                              Respectfully Submitted,

                              <u>/s/ Michael S. Adler</u>
                              Michael S Adler

cc:    Edward F Sutkowski, Esq. (via ECF)
        Timothy J. Cassidy, Esq. (via ECF)

9907328.1