

Michael S. Adler, Partner<br>
Tel:  212.356.0251<br>
Fax:  646.473.8251<br>
madler@cwsny.com<br>
www.cwsny.com

900 Third Avenue • New York, NY 10022-4869

May 19, 2023

<u>By Electronic Case Filing</u>

The Honorable Jennifer L. Rochon
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

  Re: *Local No. 171 Pension Fund v. Biehl Cleaners, Inc. et al.*
     <u>1:22-cv-02133-JLR</u>

Dear Judge Rochon:

  We represent Plaintiff in the above referenced action.

  Plaintiff's write to inform the court that two of the Defendants (Biehl Cleaners Inc. and Stone Brothers LLC) have filed for Bankruptcy in the Central District of Illinois. I have attached counsel's email and accompanying notices.

  Accordingly, it appears that this case should be stayed.

           Respectfully Submitted,

           /s/ Michael S. Adler
           Michael S Adler

MSA:gtk
Attachments

Pursuant to 11 U.S.C. § 362(a), this action is automatically stayed only against the debtors, Defendants Biehl Cleaners and Stone Brothers LLC, and not the other co-defendants in this action. *See Tchrs. Ins. & Annuity Ass'n of Am. v. Butler*, 803 F.2d 61, 65 (2d Cir. 1986) ("It is well-established that stays pursuant to § 362(a) are limited to debtors and do not encompass non-bankrupt co-defendants."). To the extent the parties seek to stay litigation against Delbert M. Stone Revocable Trust, as well, they shall file a joint letter no later than **May 26, 2023**.

         SO ORDERED.

Dated:  May 22, 2023
    New York, New York *Jennifer Rochon*
          **JENNIFER L. ROCHON**
          **United States District Judge**

9934156.1